ACCEPTED
07-15-00158-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/18/2015 12:36:29 PM
Vivian Long, Clerk

# No. 07-15-00158-CV

In the Court of Appeals for the
Seventh District of Texas at Amarillo

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/18/2015 12:36:29 PM
VIVIAN LONG
CLERK

CAPTAIN EDWIN SCOTT HILLBURN,

*Appellant,*

V.

THE CITY OF HOUSTON, TEXAS;
AND KEN PAXTON, ATTORNEY GENERAL OF TEXAS,

*Appellees.*

On Appeal from the 261st Judicial District Court
Travis County, Texas
Trial Court Case No. D-1-GV-13-001364

**Unopposed First Motion for Extension of Time to File
Brief of Appellee the City of Houston, Texas**

To the Honorable Seventh Court of Appeals:

Appellee, the City of Houston, Texas, respectfully moves for a 30-day extension of time to file its Brief of Appellee, and would respectfully show as follows:

1. The brief is due to be filed August 19, 2015.

2. Appellee respectfully requests a 30-day extension of time for filing its brief until September 18, 2015.

3.  The undersigned has recently assumed the role of lead counsel in the appeal and, as such, has had insufficient time to familiarize himself with the facts of the appeal or the appellate record.

4.  The undersigned has a busy appellate practice, including related trial court motions and hearings, with the City. Among other briefs and assignments the undersigned has been, and continues to be, working on during this briefing period are:

    a.  Preparing and presenting Oral Argument in *Zamora v. City of Houston*, No. 14-20125 in the United States Court of Appeals for the Fifth Circuit, presented on August 6, 2015;

    b.  Preparing and presenting Oral Argument (newly assigned) in *BCCA Appeal Grp., Inc. v. City of Houston*, *Texas*, No. 13-0768 in the Supreme Court of Texas, to be presented September 2, 2015; and

    c.  Respondent's Brief on the Merits in *Downstream Envtl., L.L.C. v. the City of Houston*, No. 15-0012 in the Supreme Court of Texas, due September 15, 2015 (alternatively, status report or motion to dismiss).

5.  Appellant is not opposed to this motion.

6.  No previous extensions have been granted for this brief.

7.  This motion is not for delay only but so that justice may be done.

For these reasons, Appellee, the City of Houston, Texas, asks that this Court grant it a 30-day extension of time to file its brief of Appellee, and grant any other relief to which it is entitled.

Respectfully submitted,

DONNA L. EDMUNDSON
City Attorney
DONALD J. FLEMING
Chief, Labor, Employment, and
  Civil Rights Section

By:   */s/ Robert W. Higgason*
      Robert W. Higgason
      Senior Assistant City Attorney
      State Bar No. 09590800
      CITY OF HOUSTON LEGAL
      DEPARTMENT
      900 Bagby, 4th Floor
      Houston, Texas 77002
      Telephone: 832.393.6481
      Facsimile: 832.393.6259
      robert.higgason@houstontx.gov

*Attorneys for Appellee the City of Houston, Texas*

## Certificate of Conference

I hereby certify I have conferred with Appellant's counsel and Appellant does not oppose this motion.

    */s/ Robert W. Higgason*
Robert W. Higgason

3

## Certificate of Service

I hereby certify that on this 18th day of August, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Barbara A. Hilburn
HARRIS HILBURN, L.P.
1111 Rosalie Street
Houston, Texas 77004
bhilburn@hhstxlaw.com

*Attorney for Appellant*

/s/ *Robert W. Higgason*
Robert W. Higgason